**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000577
08-APR-2021
08:01 AM
Dkt. 70 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DESMOND C.K. PULGADOS, Defendant-Appellant

NO. CAAP-19-0000577

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NOS. 2PC-16-1001012, 2CPC-17-0000224,
2CPC-17-0000227, 2CPC-17-0000291, 2CPC-17-0000416,
2CPC-17-0000610, and 2CPC-18-0000179)

APRIL 8, 2021

GINOZA, CHIEF JUDGE, LEONARD AND HIRAOKA, JJ.

ORDER OF CORRECTION
(By:  Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,

filed on October 30, 2020, is hereby corrected as follows:

At page 17, line 14 from bottom, change "19th" to

"19th" so that the sentence now reads as follows:

      the provisions.  See S.B. 2966, 19th Leg., Reg.
      Sess., 1998 Haw.

At page 19, line 1 from top, delete the "s" in "COLs" so that the sentence now reads as follows:

and conclusion in COL 31 that, although Pulgados "has some

At page 19, line 5 from top, delete the "s" in COLS" so that the sentence now reads as follows:

conclusion in COL 32 that Pulgados "has the ability to become

At page 20, line 9 from top, replace the word "Constitution" with the word "Constitutional" so that the sentence now reads as follows:

B.   Pulgados's Constitutional Arguments

At page 20, line 9 from bottom, delete the space in both of the "n. 7" so that the sentence now reads as follows:

343, 348 n.7, 893 P.2d 194, 199 n.7 (1995) (declining to

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, April 8, 2021.

/s/ Katherine G. Leonard
Associate Judge

2